# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2710
LT Case No. 2011-CT-000621

_____

GABRIEL IGLESIAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the County Court for Citrus County.
Bruce Carney, Judge.

Gabriel Iglesias, DeFuniak Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

December 26, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J, EISNAUGLE, and HARRIS, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---